# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

       Plaintiff,

  -vs-                                       Case No. 14-CR-58

**DERRICK R. CLINTON,**

       Defendant.

## DECISION AND ORDER

Defendant Derrick Clinton (Clinton) moves to suppress evidence gathered in the above-captioned case. After conducting an evidentiary hearing, Magistrate Judge Aaron Goodstein recommended that Clinton's motion to suppress be denied.

This Court has reviewed the recommendation made by Judge Goodstein and reviewed the parties' submissions and rules as follows.

Judge Goodstein's recommendation that the motion be denied and the reasoning supporting same are adopted *in toto* by this Court. Therefore Clinton's motion to suppress will be denied.

**IT IS HEREBY ORDERED THAT:**

The defendant's amended motion to suppress (ECF No. 15) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 14th day of July, 2014.

                                               **BY THE COURT:**

                                               _____

                                               **HON. RUDOLPH T. RANDA**
                                               **U.S. District Judge**